## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

1498-112585

| | |
|---|---|
| MATTHEW D. HEIFER<br><br>vs.<br><br>FESTOOL USA LLC, FESTOOL GMBH, AND ALL-WALL EQUIPMENT CO., INC. T/A ALL-WALL ONLINE | **No: 5:22-CV-05071-JMB** |

## DISCLOSURE STATEMENT FORM

Please check one box:

☐      The nongovernmental corporate party, _____ in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

X      The nongovernmental corporate party, _Festool USA LLC_____ in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

TTS Holdings U.S.A., Inc.

| January 30, 2023 | /s/ *Joan D. Daly* |
|---|---|
| Date | Signature |

Counsel for:    Defendant, Festool USA LLC

{M0362886.1}